UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

     Plaintiff,

                               Case No. 24-20014

v.

                               Hon. Laurie Michelson

Stacie Ziegler,
AKA Stacie Lehmbeck

     Defendant.

---

**Stipulation and Order to Modify Bond Conditions**

---

The parties hereby stipulate and agree to Ms. Ziegler's request to modify her bond conditions. The parties agree to allow Ms. Ziegler to temporarily travel internationally via a Royal Caribbean Cruises cruise ship to the Dominican Republic, St. Thomas, Antigua, St. Maarten, and St. Kitts and Nevis, between February 23, 2024 and March 3, 2024. All other conditions of bond will remain in place. The parties stipulate and agree that:

- On or about January 24, 2024, Ms. Ziegler appeared for arraignment by information for the charge of theft of government funds, in violation of 18 U.S.C. § 641.

- On the same date, Ms. Ziegler was released on bond with standard conditions, including limiting her travel to the continental United States. (ECF No. 5.)

- On November 11, 2023, Stacie Ziegler married her longtime partner, Mark Lehmbeck. On August 13, 2023, Ms. Ziegler (now Lehmbeck) and her partner booked tickets for a week-long honeymoon cruise in anticipation of their marital union. The cruise, run by Royal Caribbean Cruises, departs from Miami, Florida on February 23, 2024, and is set to return on March 3, 2024. The cruise ship intends to make short stops to various international locations, including the Dominican Republic, St. Thomas, Antigua, St. Maarten, and St. Kitts and Nevis, before returning to Miami, Florida. The exact itinerary is as follows:

**Cruise Itinerary**

| DAY | DATE | PORTS-OF-CALL | DOCK OR TENDER | ARRIVE | DEPART |
|-----|------|---------------|----------------|--------|--------|
| FRI | 23 FEB | MIAMI, FLORIDA | D | | 4:30 PM |
| SAT | 24 FEB | CRUISING | C | | |
| SUN | 25 FEB | PUERTO PLATA, DOMINICAN REP | D | 7:00 AM | 3:00 PM |
| MON | 26 FEB | CHARLOTTE AMALIE, ST. THOMAS | D | 11:30 AM | 7:00 PM |
| TUE | 27 FEB | ST. JOHNS, ANTIGUA | D | 8:00 AM | 6:00 PM |
| WED | 28 FEB | PHILIPSBURG, ST. MAARTEN | D | 8:00 AM | 6:00 PM |
| THU | 29 FEB | BASSETERRE, ST KITTS & NEVIS | D | 8:00 AM | 5:00 PM |
| FRI | 01 MAR | CRUISING | C | | |
| SAT | 02 MAR | CRUISING | C | | |
| SUN | 03 MAR | MIAMI, FLORIDA | D | 6:30 AM | |

- All other conditions of bond will remain in place, and Ms. Ziegler will only be allowed to travel internationally for the limited purpose of her previously arranged honeymoon trip.

- Undersigned counsel reached out to Ms. Ziegler's supervising Pretrial Services Officer, and he has no objection.

2

SO AGREED AND STIPULATED.

| | |
|---|---|
| *s/Corinne M. Lambert (w/ consent)* | *s/Daniel S. Dena* |
| Corinne M. Lambert | Daniel S. Dena |
| Special Assistant United States Attorney | Attorney for Defendant |
| 211 W. Fort Street, Suite 2001 | 613 Abbott Street, Suite 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Corinne.Lambert@usdoj.gov | Daniel_Dena@fd.org |
| (313) 226-9129 | (313) 967-5834 |

Dated: January 25, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

Case No. 24-20014

v.

Hon. Laurie J. Michelson

Stacie Ziegler,
AKA Stacie Lehmbeck

      Defendant.

---

## Order to Modify Bond Conditions

---

This matter is before the Court on the Defendant's request to modify her bond conditions to temporarily allow Ms. Ziegler to travel internationally between February 23, 2024 and March 3, 2024. The assigned pretrial services officer does not object to the requested modification, and the government has stipulated to the relief requested. The Court has considered the request, and after weighing the factors listed in 18 U.S.C. § 3145 (a)(2), the Court finds that the modification should be allowed.

Accordingly, pursuant to the stipulation of the parties, it is **ORDERED** that the order imposing bond conditions (ECF No. 5) is modified as follows: (1) the condition on restrictions of travel under provision (7)(g) is amended to temporarily

allow international travel for the Royal Caribbean Cruises cruise between February 23, 2024 and March 3, 2024.  It is further **ORDERED** that all other conditions of the defendant's release on bond remain in full force and effect.

Dated: January 26, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE