UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.	Case No. 2:24–cr–20014–LJM–APP
	Hon. Laurie J. Michelson

Stacie Ziegler,

                    Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Stacie Ziegler

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 212, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  July 30, 2024 at 01:00 PM

**ADDITIONAL INFORMATION:**   Sentencing memoranda due by July 23, 2024.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/Erica L Parkin
                                                                Case Manager

Dated:  March 27, 2024